UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-786-MWF(VBKx)**                                    Dated: **April 28, 2015**

Title:    Daniel Spantman -v- Mikael Koltai, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed April 27, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 1, 2015 at 11:30 a.m.** If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. **All other dates are hereby vacated.**

**IT IS SO ORDERED.**

MINUTES FORM 90                                            Initials of Deputy Clerk   cw
CIVIL - GEN